# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARANEH L. KHONSARI,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>SECRETARY OF LABOR, HILDA SOLIS,<br><br>　　　　　　　Defendant. | Case No. 11cv1221 BTM(CAB)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION; SETTING HEARING AND BRIEFING SCHEDULE ON MOTION FOR EXEMPTION** |

On June 3, 2011, Plaintiff commenced this action by filing a motion for an exemption from the statutory bar to union employment set forth in 29 U.S.C. § 504(a). On June 21, 2011, the Court received a motion for preliminary injunction from Plaintiff. Upon review of the motion, it is apparent that Plaintiff seeks the ultimate relief of exemption from the statutory bar, not injunctive relief. The case upon which Plaintiff relies, Claudio v. United States Dept. of Labor, 137 F. Supp. 2d 405 (S.D.N.Y. Apr. 5, 2001), is distinguishable. In that case, the plaintiff was already working for the union, and the union sought to preliminarily enjoin enforcement of the bar to allow plaintiff to continue working for the union until the Court reached a final decision. Here, Plaintiff does not already work for the union, but, rather, wishes to be considered for employment by the union. Because injunctive relief is not the proper form of relief here, the Court **DENIES** Plaintiff's motion for preliminary injunction.

The Court sets a hearing on Plaintiff's motion for an exemption for **August 2, 2011 at 3:30 p.m.** The Secretary of Labor and any other official copied on this Order may file a response to Plaintiff's motion on or before **July 18, 2011**. Plaintiff may file a reply on or

before **July 27, 2011**.

**IT IS SO ORDERED.**

DATED: June 28, 2011

_____
Honorable Barry Ted Moskowitz
United States District Judge

Certified copies to be sent to:

Hilda Solis, Secretary of Labor
United States Department of Labor
200 Constitution Avenue, N.W.
Washington, D.C., 20210

Laura E. Duffy, United States Attorney
United States Attorney's Office, Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101

Kamala D. Harris, California Attorney General
Office of the Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101

Bonnie M. Dumanis, District Attorney
San Diego County District Attorney's Office
330 West Broadway
San Diego, CA 92101